IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CRAVE MAGAZINE, INC. <br><br> Plaintiff, <br><br> v. <br><br> CRAVE TATTOO, INC. F/K/A CRAVE TATOO, INC., AND KEVIN CRIMMINS, <br><br> Defendants. | Case No. 3:06-cv-03004-MWB <br><br> VOLUNTARY STIPULATION OF DISMISSAL AND ORDER |

The Parties, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, hereby agree to and stipulate to the following, and the Court approves the following stipulation and order:

1. This Court has jurisdiction of the parties and subject matter.

2. The Defendants Crave Tattoo, Inc. f/k/a Crave Tatoo, Inc., and Mr. Kevin Crimmins, hereby agree and stipulate they will:

   a. Voluntarily withdraw the December 16, 2005, United States Patent and Trademark Office application filed by Mr. Kevin Crimmins, no later than February 15, 2006;

   b. Rename or dissolve Crave Tatoo, Inc. [sic], n/k/a Crave Tattoo, Inc. and file the appropriate documents with the Iowa Secretary of State demonstrating the change no later than February 15, 2006;

   c. Assign any registered or reserved domain name that includes "Crave" or any of its derivations including, cravetattooinc.com to the Plaintiff no later

than February 15, 2006.

    d.    Pay the Plaintiff $4,800.00 to be paid in full by no later than March 31, 2006;

    e.    Refrain from use of any mark with which the Plaintiff has conducted its business, including the word mark and style mark described in the Plaintiff's Complaint.

3.    Upon the performance of the Defendants actions described in paragraph two, the Plaintiff agrees to hereby dismiss its Complaint with Prejudice effective on April 1, 2006.

4.    The parties agree the Court shall retain jurisdiction for purposes of enforcing this Stipulation and Order.

5.    This stipulation represents the entire agreement between the parties and it is stipulated that the law of Iowa and all applicable federal laws apply to its enforcement.

IT IS HEREBY STIPULATED AND SO ORDERED, THIS _____ DAY OF FEBRUARY 2006.

 

Mark W. Bennett
United States District Court Judge
Northern District of Iowa

Approved and Agreed:

_____
Craig Perras
President, Crave Magazine, Inc.

_____
J. Campbell Helton
B. MacPaul Stanfield
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Facsimile: (515) 246-1474
E-mail: helton@whitfieldlaw.com
E-mail: stanfield@whitfieldlaw.com
ATTORNEYS FOR PLAINTIFF
CRAVE MAGAZINE, INC.

_____
Kevin Crimmins
Individually, and as President
Of Crave Tatoo, Inc. n/k/a Crave Tattoo, Inc.

_____
Mark R. Crimmins
Bennett, Crimmins, Ostrander & Yung
704 Central Avenue, Suite A
Fort Dodge, Iowa 50501-3889
Telephone: (515) 573-2191
Facsimile: (515) 573-2192
ATTORNEY FOR THE DEFENDANTS

I:\CraveMagazineInc\Trademark\Pleadings\Stiplation and Dismissal.wpd