# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CRAVE MAGAZINE, INC., | |
| Plaintiff, | No. C 06-3004-MWB |
| vs. | **ORDER OF DISMISSAL** |
| CRAVE TATTOO, INC., f/k/a Crave Tatoo, Inc., and KEVIN CRIMMINS, | |
| Defendants. | |

_____

This matter comes before the court pursuant to the Voluntary Stipulation Of Dismissal And Order signed by the parties and their representatives and filed with the court on February 9, 2006 (docket no. 12), a copy of which was signed by the court on February 10, 2006 (docket no. 13). This matter also comes before the court pursuant to the plaintiff's Dismissal With Prejudice (docket no. 18). The parties' Voluntary Stipulation provided that, upon performance by the defendants of the actions described in paragraph two of the Voluntary Stipulation, the plaintiff would dismiss its Complaint with prejudice effective April 1, 2006. The plaintiff's Dismissal now states that the defendants have complied with the provisions of the Voluntary Stipulation and that the plaintiff, consequently, dismisses the Complaint with prejudice. Under the circumstances, this action is **dismissed with prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure and N.D. IA. L.R. 41.1.

**IT IS SO ORDERED.**

**DATED** this 3rd day of April, 2006.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA